UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Hon. Lois Bloom
United States Magistrate Judge

Civil Conference Appearance Sheet

TELEPHONE STATUS CONFERENCE
MAY 14, 2019

Case Name: Freistat v. Gasperetti, et al.

Docket Number: 17 cv 5870

Tick Numbers: 9:31 – 10:01
Total Time in Court: 30 mins

**Plaintiff/Plaintiff's Counsel:**

Name: Kyle Freistat

Address/Firm: _____

Telephone: _____

☐ This is a new address.

**Defendant(s):**

Counsel: Samantha Millar

Firm Name: Office of the Corporation Counsel

Counsel: _____

Firm Name: _____