United States District Court
Eastern District of New York

---

KYLE FREISTAT

           Plaintiff

-Against-

Daniel Gaspiretti Et Al;

           Defendants.

---

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ OCT 07 2019 ★
BROOKLYN OFFICE

17-CV-5870 (RAM)(LB)

RECEIVED
2019
PRO SE OFFICE

Magistrate; Judge Lois Bloom:

    I write to bring an discovery Issue to your attention.; The Defendants Requested Documents of the Interrogatory. I then Inform Assistant Counsel Samantha R. Millar upon she asking me if; Had Received said documents In Reternced I Told Her That I Did. And That; did not understand the Contents of Her Request. Morely That I Simple Can't Provide Her with the Contents of the Information That Is being Requested. For I Have lack of Knowlege to Inquiry Requested. Certifily under Penalty of Perjury That; Kyle. Freistat. a.k.a. Joel. Burnett Simple Can't Provide the Context to the Information they Need. By Failing to Do So my dificient may Now Cause me My Case. In obleetion when; Received the Authorization form I was being Transfer from one D.O.C. Facility to Another So; was Able to Resloned In A Timely manner. So In Regards I wish to be Excuse for the Failure.

Your Magistrate. L. Bloom. It's not a matter of me withholding the information there requesting. its a matter of me not haveing such information thats being Requested!

Information's being Requested. As Follows. 1) Release for Employment Records. I did not have a job on the books at the time of my Arrest. So i Cant Provied That information. 2) Unemployment Records Release, off the books you Can't get unemployment 3) Medicare Records Release. I do not have medicare. 4) Release for Insurance Carrier Records. I do not have Insurance. 5) And This I Should Have told You Long Ago I do not Have A Social Security Number. Im Just An Immigrant who came from a Good Country And Good Mother That Razed me right To do Good and be Good but I Made bad Choiceis. In Life but i'm not a bad Guy Your Magistrate You Dont Have to beleive Me but All I Have is my truth. its why Im in a 9.6 4/1 Cell now for my truth. And Sackrefice for my seven kids To Ple to a Crime I know i' was not Guilty of. Thank for Your time God bless You Allways..

by. Kyle Freistat. A.K.A.
Joel Burnett.

FIRST-CLASS MAIL

NEOPOST
09/30/2019
US POSTAGE $000.50⁰

ZIP 12821
041M11283103

Great Meadow ☆ Correctional Facility

The United States District Court
Clerk, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY - 11201
Attention: Magistrate Judge Lois Bloom

**GREAT MEADOW CORRECTIONAL FACILITY**
BOX 51
COMSTOCK, NEW YORK 12821-0051
NAME: Joel Buenett   DIN: 19A1353

RECEIVED 2019
LEGAL MAIL OFFICE

Printed on Recycled Paper

**NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
OFFENDER CORRESPONDENCE PROGRAM**

NAME: _Kyle Feuerstein A.K.A_  DIN: _19A1353_
_Joel Burnett_