```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------*
KYLE FREISTAT                              PLAINTIFF"FIRST SET OF
                                           inTERROGATORIES AND
                PLAINTIFF,                 REQUEST FOR PRODUCTION
                                           OF DOCUMENTS TO
                                           DEFENDANTS:
     -against-
                                           17-CV-5870(RMM)(LB)

DANIEL GASPERETTI ET al.,

                        DEFENdants.
----------------------------------------*
```



pursuant to rules 26,33,and 34 of the federal rules of civil procedure and local rule 26.3 of this court,plaintiff.kyle freistat,a.k.a,joel burnett pro,se.plaintiff request that defendants serve upon the undersigned sworn written,.answers to each of the interrogatories set forth below and produce for, inspection and copying the documents requested below by,pro,se plaintiff kyle freistat,a.k.a,joel burnett,.

1).new york city,health&HOSPITALS JAMAICA HOSPITAL MEDICAL RECKREDS OF,NYPD OFFICERS,DANIEL GASPERETTI,SHIELD NO.13198NEW YORK CITY POLICE,AND ANTHONY ARLISTICO,NYPD,IDENTIFYING ALL ECONOMIC INJURIES CLAIMED BY OFFICERS ON THE DAY OF,JULY 26,2017..incident;but not limited to,expenditures for medical,psychiatric,or psychological treatment,s.

2.and all the other things ive been ask you guys for that i still did not get as of yet,please let me know if i have to write to the judge,,.



,resPECTFULLY,
-------------------------------
KYLE FREISTAT,AKA,JOEL BURNETT

**GREAT MEADOW CORRECTIONAL FACILITY**
BOX 51
COMSTOCK, NEW YORK 12821-0051

NAME: _Joel Burnett_ DIN: _19A1353_

Great Meadow Correctional Facility

NEOPOST
01/21/2020
US POSTAGE $000.50⁰

FIRST-CLASS MAIL

ZIP 12821
041M11283103

The Honorable Lois Bloom
United States Magistrate Judge
Clerk of U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

**LEGAL MAIL**

1/17/20

# NEW YORK STATE
# DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
## OFFENDER CORRESPONDENCE PROGRAM

NAME: _Joel Burnett_  DIN: _19A1353_

♺ Printed on Recycled Paper