```
175870
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KYLE FREISTAT,

                    Plaintiff,

        -against-

DETECTIVE DANIEL GASPERETTI, *Shield No.
13198*, and POLICE OFFICER ANTHONY
ARLISTICO, *Shield No. 26941*,

                    Defendants.
-----------------------------------------------------------------X
```

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ FEB 06 2020 ★

BROOKLYN OFFICE

ORDER
17 CV 5870 (RRM)(LB)

**BLOOM, United States Magistrate Judge:**

The Court held a telephone conference in plaintiff's civil rights case on February 6, 2020. For the reasons discussed on the record, plaintiff's motion to compel, ECF No. 71, is denied as moot. Defendants' counsel shall produce defendants' medical records from Jamaica Hospital Medical Center and North Shore University Hospital to plaintiff by February 21, 2020. This is a Court Order.

The Court grants defendants' request to extend the discovery deadline, ECF No. 76. The parties shall complete all discovery by March 20, 2020. Any pre-motion conference request shall be made in accordance with Judge Mauskopf's Individual Rules by April 3, 2020.

SO ORDERED.

/S/ Judge Lois Bloom
LOIS BLOOM
United States Magistrate Judge

Dated: February 6, 2020
       Brooklyn, New York

1