175870
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
KYLE FREISTAT,

               Plaintiff,                       **ORDER**
                                                                            **17 CV 5870 (RRM)(LB)**

   -against-

DETECTIVE DANIEL GASPERETTI, *Shield No. 13198*, and POLICE OFFICER ANTHONY ARLISTICO, *Shield No. 26941*,

               Defendants.
---------------------------------------------------------------------X

**BLOOM, United States Magistrate Judge:**

      Plaintiff filed a letter attaching a summons and complaint in a civil action brought by defendant Gasperetti against plaintiff. No. 17 CV 6304, ECF No. 10.[1] Defendant, just as plaintiff, may bring a civil action against individuals for alleged violations of his rights. The Court shall take no action on plaintiff's letter. Defendants' counsel shall serve a copy of this Order on plaintiff and file proof of service forthwith.

SO ORDERED.

                                                                   /S/
                                                       LOIS BLOOM
                                                       United States Magistrate Judge

Dated: March 23, 2020
         Brooklyn, New York

---

[1] Plaintiff's letter was incorrectly docketed under one his related cases, Case No. 17 CV 6304. The Clerk of Court shall docket plaintiff's letter for the instant action, Case No. 17 CV 5870.