```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
=============================================*
KYLE FREISTAT,

                    PLAINTIFF,

     -against-
                                                EXTENSION OF TIME
DANIEL GASPERETTI and ANTHONY ARLISTICO.         REQUESTED
ect.al.,                                         17-cv-05870(RPK)(LB))


                         DEFENDANTS.
----------------------------------------------*
```

BY MAIL
_____

judge RACHEL P.KOVNER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 cadman plaza east
BROOKLYN,NEW YORK 11201

            RE:KYLE FREISTAT V.DANIEL GASPERETTI,ET.AL.,17-cv-05870(RPK)
                -----------------------------------------
            (LB).

YOUR HONOR:

        I, AM THE PRO SE PLAINTIFF.IN GREEN HAVEN CORRECTIONAL FACILI,
TY.P.O.BOX-4000 STORMVILLE NEW YORK-12582-4000 location,g6-362
REPRESENTING MYSELF AS PRO SE.KYLE FREISTAT a/k/a,JOEL BURNETT 19a1353
in the above ma referenced matter.plaintiff writes to request an extension
of TIME TO RENEW HIS MOTION.JPTO..AND TO FURTHER EXPLAINED ON IDENTIFIED
DOCUMENTS THATS NOT PROPERLY IDENTIFIE.AS TO DEFENDANTS REQUEST,PLAINTIFF
FURTHER REQUEST ON EXTENSION OF TIME TO FILE.PLAINTIFFS MOTION IN LIMINE.

        ANN EXTENTION IS REQUIRED DUE TO THE FACK THAT DEFENDANTS PORTIONS
OF .JPTO DID NOT GET TO PLAINTIFF AND TILL JUNE 2,2022..

WHILE THE PLAINTIFF" HAS BEEN WORKING DILIGENTLY TO DRAFT THE MOTION IN LIMINE.AND PROPERLY IDENTIFIE DEFENDANTS REQUEST ON OBJECTIONS AS TO PLAINTIFFS PORTIONS OF THE JPTO.EXHIBITS,and witness list also anyother DOCUMENTS POINTED OUT BY THE DEFENDANTS ATTORNEY.

PLAINTIFF RECEIVED BY MAIL DEFENDANTS .JPTO PORTIONS OF DOCUMENTS MARKED MAY 27,2022..on.june 2,2022..PLAINTIFF ALSO RECEIVED BY MAIL. DOCUMENTS:123..court ORDER BY THE HONOREBLE RACHEL P. KOVNER.FOR Participation in the aforementioned telephone conference by-dial-in-telephone marked tuesday june 19,2022..

therefore ,plaintiff respectfully request an extension of time to file the following filings and deadlines..

1) the plaintiffs renewed jpto,from 4/22/2022

2) the plaintiffs motions in limine.from 5/23/2022

3) THE PLAINTIFFS "RESPONSES TO MOTIONS IN LIMINE.6/17/2022.to.7/22/2022

4) the plaintiffs replies to motions in limine if any,from 6/24/2022.to,7/29/2022.

5). the plaintiffs proposed voir dire questios.jury instructions,and verdict sheets ,from 5/23/2022 to.6/24/2022.

THANK YOU FOR YOUR CONSIDERRATION OF THE MATTERS HEREIN.

RESPECTFULLY"+
_____

_____

_____.

CC:VIA R.MAIL
_____

DEFENDANTS:COUNSEL":MORGAN C. MCKINNEY,ESQ

    HON.SYLVIA O.HINDS-RADIX,ESQ.

    CORPORATION COUNSEL OF NEW YORK CITY

    CITY OF NEW YORK.

    100,church street

    new york,new york-10007

cc;dated june 10,2022

    location;g-6-362

CC:VIA R.MAIL

---

DEFENDANTS:COUNSEL":MORGAN C. MCKINNEY,ESQ

HON.SYLVIA O.HINDS-RADIX,ESQ.

CORPORATION COUNSEL OF NEW YORK CITY

CITY OF NEW YORK.

100,church street

new york,new york-10007

cc;dated june 10,2022

location;g-6-362

NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
OFFENDER CORRESPONDENCE PROGRAM

NAME: _Jamal Burnett_  DIN: _19A1353_

6/10/22

Printed On Recycled Paper

**GREEN HAVEN CORRECTIONAL FACILITY**
P.O. BOX 4000
STORMVILLE, NEW YORK 12582-4000

NAME: Burnett Joel    DIN: 19A1353

Kla. Kyle. Freistat.

To: Julie. Rachel ? Kovner?
Clerk of U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York — 11201

LEGAL MAIL

NEOPOST
06/13/2022
US POSTAGE $00⁰
ZIP 12582
041M11466608