UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

KYLE FREISTAT,

                            Plaintiff,

    -against-                                Case No. 17-cv-05870 (RPK)(LB)

DANIEL GASPERETTI and ANTHONY ARLISTICO,

                            Defendants.

## DEFENDANTS' PROPOSED VERDICT FORM

Please mark or write your answers below. Your answers to all questions on this form must be unanimous. Jurors must answer the questions in the order they are presented.

### PLAINTIFF'S CLAIMS

Question 1:

Has plaintiff proven by a preponderance of the credible evidence that any of the following defendants subjected him to excessive force on July 26, 2017 by either sticking him with closed-fist punches after he was handcuffed or striking him with a police-issued radio after he was handcuffed? Please answer separately for each defendant.

    Daniel Gasperetti                      Yes_____        No_____

    Anthony Arlistico                     Yes_____        No_____

**If your answer to Question 1 is "No" as to all defendants listed above, your deliberations are <u>finished</u>.  Skip the remaining questions. The foreperson should sign the verdict sheet on the last page.**

**If you answer "Yes" to any part of Question 1, please proceed to Question 2.**

## DAMAGES

Question 2(a):

Has plaintiff proven by a preponderance of the credible evidence that he suffered compensatory damages as a result of being subjected to excessive force?

Yes_____                    No_____

**If you answered "No" please proceed to Question 2(b).**

**If you answered "Yes" please proceed to Question 2(c).**

Question 2(b):

What amount of nominal damages, not to exceed one dollar, do you award plaintiff on his excessive force claim?

$_____

**Your deliberations are finished.**

Question 2(c):

State the total dollar amount of any actual compensatory damages that plaintiff is entitled to on his excessive force claim:

$_____

**Your deliberations are now complete. The Foreperson should sign in the space provided below.**

_____
                                                                   Foreperson

cc:     VIA FIRST-CLASS MAIL
          Kyle Freistat (DIN #06-R-4125)
          a.k.a. Joel Burnett (DIN # 19-A-1353)
          *Pro Se Plaintiff*
          Green Haven Correctional Facility
          P.O. Box 4000
          Location: G6-362
          Stormville, New York 12582-4000