UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____X

KYLE FREISTAT,

                Plantiff,

       -against-

DANIEL GASPERETTI and ANTHONY ARLISTICO, et, al

                Defendants.
_____X

NOTICE OF INTENT TO REQUEST JUDICIAL NOTICE

17-cv-05870(RPK)(LB)

VIA FIRST-CLASS MAIL
_____

judge Rachel p. Kovner

united states district court

Eastern district of new york

225 cadman plaza East

Brooklyn, new york 11201

      Re: Kyle Freistat v. Daniel Gasperetti, et. al., 17-cv-05870(RPK)(LB)
_____

Your Honor:

      PLEASE TAKE NOTICE, that plaintiff intends to request. pursuant to CPLR4511(b), THAT THIS COURT, UPON THE TRIAL OF THE ABOVE Mention and entitled action take judicial notice OF.,

                       DESCRIPTION OF MATTER TO BE JUDICIALLY NOTICE.
                       _____

PLAINTIFF IS ISSUING A REPORT AND RECOMMENDATION, FINDING THAT DEFENCE COUNSEL. ALONG WITH THE NEW YORK CITY, DEPARTMENT.. LAW DEPARTMENT HAVE FAILD TO COMPLY WITH THEIR DISCOVERY OBLIGATIONS. UNDER THE FEDERAL RULES OF CIVIL PROCEDURE.

      THE CITY OF NEW YORK LAW DEPARTMENT, AS ONCE MORE WITHHELD RELEVANT. DOCUMENTS FROM PLAINT, MAKING IT SEEMS THAT THEY HAVE SENT THESE DOCUMENTS WHEN IN FACT. PLAINTIFF DOES NOT HAVE THSES DOCUMENTS AND WOULD LIKE FOR YOUR HONOR TO, ORDER THEM PRODUCED. PLAINTIFF REQUESTS THAT YOUR HONOR ORDER THE FOLLOWING. DOCUMENTS BE PRODUCED IN THE NEXT 48, houres.. or the next 72, houres upon arrival of this notice.,

(AMD)(CLP)       CASE IN POINT. ROSIE MARTINEZ V. CITY OF NEW YORK., et, al., 16cv79

DOCUMENTS Requested;

thats not in plaintiffs possion,in accordance with rule 26(a)(A) OF THE FEDERAL RULES OF CIVIL PROCEDURE,PLEASE ORDER THE FOLLOWING TO BE SENT TO. Plaintiff,

1)bates;police iab reume

bates;nos..D00245-00254

bates;stamp;nos,D.00255-00258

bates;stamps;nos;D.00232-00240

    plaintiffs medical records,jail medical records.
2),bates;stamps;nos,D.00047-00103

bates;stamps;nos,D.00331-and..d.00316


3)bates;stamps;nos,D.00047-00103

note plaintiff would like for his pedegre-mugshot,the one from the jail in.. V.C.B.C.INTAKE PLEASE IN COLORS PLEASE NO BLACK ON WHITE.

ALSO, THE FOLLOWING DOCUMENTS,
    UF-61#5424 &5425,on .aided#2017-113-1302

please your honor for plaintiff to prove his case and submith evidence these document are needed.asap..

    THANK YOU FOR YOUR TIME IN ADVANCE,

RESPECTFULLY,

*Joel Burnett, AKA, KVE, Fountat* (signature)

CC:DATED,8/16/22
the new york city law department
100,church street
new york,ny,10007
attn;Morgan c.mckinney,Esq.

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )   ss: Dutchess
COUNTY OF DUTCHESS   )

_Joel Bennett_, being duly sworn, deposes and says:

I am the above-mentioned (☐ defendant, ☐ petitioner, ☐ appellant, ☐ claimant, ☐ complainant, ☐ respondent), and I have served a copy of the following papers: Plaintiff IV

Judge, Honorable, Rachel P. Kovner
United States District Court
Eastern District of New York
225 Cadman Plaza East, BK, NY 11201

Upon the following party(ies):

Morlian McKinney
Law Department
100 Church Street
NY, NY 10007

by placing the above in a post-paid envelope and depositing it in a United States Postal Service mailbox located at Green Haven Correctional Facility, Stormville, NY 12582 on the _11_ day of _August_, 20_22_, as due and sufficient service.

SWORN TO BEFORE ME THIS

_11_ DAY OF _August_, 20_22_

_____
NOTARY PUBLIC

PATRICK LEON MCNEIL
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01MC6324976
Qualified in Bronx County
My Commission Expires: _05-18-2023_

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
————————————————————X
KYLE FREISTAT,

               Plaintiff,                   NOTICE

    -against-                            17-cv-05870(RPK)(LB)

DANIEL GASPERETTI AND ANTHONY ARLISTICO,et.,al.,

               Defendants.
————————————————————X

VIA FIRST-CLASS MAIL
_____

Judge Rachel p.Kovnor
united states district court
Eastern district of new york
225,cadman plaza East
brooklyn,new york 11201

       Re:KYLE FREISTAT v.DANIEL Gasperetti,et.,al.,17-cv-05870(RPK)(LB)
       _____

YOUR HONOR;

       I am the Pro Se,Plaintiff joel burnett.a/k/a,KYLE FREISTAT CURRENTLY HOUSED IN GREEN HAVEN CORRECTIONAL FACILITY,LOCATION-G-6..362...IM HOWEVER. REPRESENTING MY SELF IN THE ABOVE MENTION MATTER.I RESPECTFULLY WRITES TO PROVIDE A STATUS LETTER TO THE COURT.THE DEADLINE FOR THE DEFENDANTS TIME TO RESPOND TO THERE MOTIONS-in-LIMINE WAS ON,8/12/22 and plaintiffs reply date would be on8/22/22 however,to date;8/16/22..plaintiff have not received any motions in limine from. Defendants nor has defendants filed any responds to motions-in-limine on the docket therefore,defendants has elected not tO file any motions in limine;AND CONSEQUENTLY No Response from plaintiff is Required.

               THANK YOU FOR YOUR CONSIDERATION OF THE MATTER HEREIN.

                                       RESPECTFULLY SUBMITTED
                                      _____
                                Joel Burnett, A/K/A,
                                Kyle Freistat. 19A1353

CC:VIA FIRST-CLASS MAIL
_____
THE CITY OF NEW YORK
LAW DEPARTMENT
100,church street
new york,ny,10007
Morgan. C. McKINNEY

[RECEIVED AUG 22 2022 PRO SE OFFICE stamp]

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    )  ss: Dutchess
COUNTY OF DUTCHESS  )

_Joel Bennett_, being duly sworn, deposes and says:

I am the above-mentioned (☐ defendant, ☐ petitioner, ☐ appellant, ☐ claimant, ☐ complainant, ☐ respondent), and I have served a copy of the following papers: Plaintiff ☒

Judge, Honorable, Rachel P. Kovner
United States District Court
Eastern District of New York
225 Cadman Plaza East, BK. NY 11201

Upon the following party(ies):

Morlien McKinney
Law Department
100 Church Street
NY, NY. 10007

by placing the above in a post-paid envelope and depositing it in a United States Postal Service mailbox located at Green Haven Correctional Facility, Stormville, NY 12582 on the _11_ day of _August_, 20_22_, as due and sufficient service.

_____
(signature)

SWORN TO BEFORE ME THIS

_11_ DAY OF _August_, 20_22_

_____
NOTARY PUBLIC

PATRICK LEON MCNEIL
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01MC6324976
Qualified in Bronx County
My Commission Expires: 05-18-2023

**GREEN HAVEN CORRECTIONAL FACILITY**
P.O. BOX 4000
STORMVILLE, NEW YORK 12582-4000

NAME: Joel Burnett     DIN: 19A1353

NEOPOST
08/18/2022
US POSTAGE $000.57⁰
FIRST-CLASS MAIL
ZIP 12582
041M11466608

To: Honoreable: Judge. Rachel P. Konner
united States District Court
Eastern District of New York
225. Cadman Plaza East
Brooklyn. New York  11201
Atten: Judge: Rachel P. Konner

"Legal-Mail"

1120181832 C030

NEW YORK
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
OFFENDER CORRESPONDENCE PROGRAM

NAME: Joel Burnett    DIN: 19-A-1353

"Legal_Mail"


Printed On Recycled Paper