UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

JOEL BURNETT, *a/k/a Kyle Freistat (DIN: 19:A-1353)*,

        Plaintiff,

        v.

DANIEL GASPERETTI, ET AL.,

        Defendants.

-----------------------------------------------------------x

No. 17 CV 05870 (RRM) (LB)

**ORDER TO PRODUCE INMATE FOR TELEPHONE CONFERENCE**

**BLOOM, United States Magistrate Judge:**

        The Warden or other official in charge of the Green Haven Correctional Facility is hereby directed to produce Joel Burnett, DIN: 19-A-1353 (a/k/a Kyle Freistat, DIN: 06-R-4125), to a secure location with telephone access within the Green Haven Correctional Facility on Wednesday, September 23rd, 2022 at 10:00 a.m. ET to participate in an unmonitored, attorney client privileged telephone conference with his counsel. The Court directs the City Law Department as well as the attorneys at Gibson, Dunn & Crutcher to serve a copy of this Order on the warden or his designee forthwith.

Dated:      9/22 , 2022
Brooklyn, New York

LOIS BLOOM
United States Magistrate Judge