GREEN HAVEN CORRECTION FACILITY
P.O.BOX,4000
STORMVILLE NEW YORK-12582-4000



SEPTEMBER 14,2022

VIA FIRST-CLASS MAIL

judge Rachel p.Kovner
united states district court
Eastern District of New York
225 cadman Plaza East
Brooklyn,New York 11201



Re:   JOEL BURNETT V. DANIEL GASPERETTI,et al.,17-cv-05870(RPK)(LB)

Your Honor:

      I am the Pro Se,plaintiff joel Burnett,a/k/a.kyle freistat,and im

CURRENTLY HOUSED IN GREEN HAVEN CORRECTIONAL FACILITY,P.O.BOX-4000 Stormville
New york,12582-4000..Representing myself in the above-referenced Matter.
Plaintiff Respectfully Write to provide a status letter to the court calling
for Sanctions Concerning , DEFENDANTS Failure of the city of new york LAW
Department.LAW DEPARTMENT TO COMPLY FULLY WITH THE COURTS ORDER OF SERVICE
Issued By the honoreble Rachel P.Kovner,on AUGUST 26,2022...u.s.district court
Eastern district of new york.case in-point...Rosie Martinez v. city of new york
et al., 16-cv-79(AMD)(CLP).330 F.R.D.60...,

      YOUR HONOR RESPECTFULLY ,DEFENCE COUNSEL ALONG WITH THE CITY OF NEW
YORK LAW DEPARTMENT  IS STILL INTENTIONALY WHITHOLDING THE EVIDENCE THAT IS IN
FACT  RELEVANT TO LITIGATING MY CASE YOUR HONOR,Defence counsel is still witholding
Plaintiff's.correctional health service records infact attorney morgan  chmiel
mckinney is cheery picking what she feels  is best to send to plaintiff.and so
far its been only Garbage that has been hand pick on sent to me,your honor nothing
to do with my injuries your honor,please your honor i am beging you to set inplace
some tipes of sanctions on the law department and defence counsel,for violating
your court order,plaintiff did received defendants disciplinary reports yes and
And its heavely dedacted your honor,but im fine with that,she did not send me my
entieyer medical records just what she felt like cherry picking.

rule 37(e) and Rule 11,clearly difines prejudice.,UNGAR V. CITY OF NEW YORK
329 F.R.D8, 15(E.D.N.Y.2018)this is stone cold prejudice your honor and the
topic of adverce-infearrance still stands ,for the defence counsel did not
send A COLORED PICTURE OF WHAT PLAINTIFF HAD REQUESTED INSTEAD SENDING THE
SAME PHOTO-shopt pedegree mugshot your honor,the only thing that was sent to
my person was the heavyle dedacted dicplinery police reports.that was it.

          defence counsel is still intentionaly withholding the color photo of
plaintiff jail pedegree-mugshot.and my entieyer medical records your honor what
was sent to me was pure garbeged not only is it garbaged your honor its misleading
the injuries that attorney is cherry picking from my medical records does not in
know way reflects the injuries i sustained on july 26,2017..she is infact .
sending me  other pages that show similer injuries but the fact is its not connected
to the july 26,2017 incident,your honor this is intentional and vendictive in the
face of the court.please take effective steps to ensure that plaintiffs entieyer
medical records and plainiffs jail mug-shot be sent out to plaintiff in a 48,houre
pearied please im asking and im begging.the law department knows the reason for
not wanting me to have these two documents for it is damageing to their case.
and thats why its  being intentionaly withheld from me...

                    thank you for your time and honor in this matter.
may the great god that i fear bless you and your family on your entiyer staff.

                              RESPECTFULLY
                    JOEL O.BURNETT,a/k/a,kyle freistat

DATE:SEPTEMBER 14,2022..

**GREEN HAVEN CORRECTIONAL FACILITY**
P.O. BOX 4000
STORMVILLE, NEW YORK  12582-4000

NAME: Joel Burnett    DIN: 19-A-1353

NEOPOST
09/20/2022
US POSTAGE $000.57⁰

FIRST-CLASS MAIL

ZIP 12582
041M11466608

TO: Judge, Rachel P. Kovner
united states District court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Legal Mail

NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
OFFENDER CORRESPONDENCE PROGRAM

NAME: Joel Burnett          DIN: 19A1353



LEGAL — MAIL

9/14/22

 Printed On Recycled Paper