UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
JOEL BURNETT, *a/k/a Kyle Freistat (DIN: 19:A-1353)*,  :
        Plaintiff,  :
        v.  :
DANIEL GASPERETTI, ET AL.,  :   No. 17 CV 05870 (RRM) (LB)
        Defendants.  :
-----------------------------------------------------------x

## NOTICE OF PLAINTIFF'S OMNIBUS MOTIONS *IN LIMINE*

**PLEASE TAKE NOTICE** that Plaintiff Joel Burnett will, upon the accompanying Memorandum of Law in Support of Plaintiff's Omnibus Motions *in Limine*, dated September 30, 2022, and all prior pleadings, papers, and proceedings had herein, Mr. Burnett will move this Court for an Order excluding evidence and Defendants from offering such evidence at trial and granting Mr. Burnett such other relief that this Court deems just and proper.

Dated:  New York, New York
           September 30, 2022

                                  GIBSON, DUNN & CRUTCHER LLP

                                  By:  *s/ Mitchell A. Karlan*
                                           Mitchell A. Karlan
                                           Anne Champion
                                           Jialin Yang

                                           200 Park Avenue
                                           New York, NY 10166
                                           Tel. (212) 351-4000

                                           *Attorneys for Plaintiff*