**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Mitchell A. Karlan
Direct: 212.351.3827
Fax: 212.351.5254
MKarlan@gibsondunn.com

October 17, 2022

VIA CM/ECF

The Honorable Rachel P. Kovner
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  Law-Graduate Appearance in *Joel Burnett v. Daniel Gasperetti, et al.*, 17-CV-05870 (RPK)(LB*)*

Judge Kovner:

I respectfully request that the Court allow the appearance of law graduate Alexander Fischer in the above-captioned matter. Mr. Fischer graduated in May 2022 in good standing from Yale Law School, an ABA-accredited law school. He has passed the Multistate Professional Responsibility Examination. He has taken the New York Bar, is awaiting his bar-examination results, and will apply for the New York Bar. He is familiar, and will comply, with the New York State Rules of Professional Responsibility, and he is familiar with the Federal Rules of Evidence and Civil and Criminal Procedure, as well as this Court's local rules. He is working under supervision by Mr. Burnett's attorneys of record, who will assist him to the extent necessary. I or another supervising attorney will appear with Mr. Fischer in all proceedings before the Court.

Respectfully,

 */s/ Mitchell A. Karlan*
Mitchell A. Karlan

cc: All counsel of record (via CM/ECF)