# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Joel Burnett, a/k/a Kyle Freistat ) <br> *Plaintiff* ) <br> v. ) <br> Daniel Gasperetti and Anthony Arlistico ) <br> *Defendant* ) <br> ) | Civil Action No. 17-CV-05870 (RPK) (LB) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The jury returned a verdict in favor of defendants on October 24, 2022.

This action was *(check one)*:

☑ tried by a jury with Judge Rachel P. Kovner presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: 10-24-22

BRENNA B. MAHONEY
*CLERK OF COURT*

*(signature)*
*Signature of Clerk or Deputy Clerk*