UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
JOEL BURNETT,

          Plaintiff,

          v.

DANIEL GASPERETTI, ET AL.,

          Defendants.
-----------------------------------------------------------x

No. 17 CV 05870 (RPK) (LB)

**PLAINTIFF'S OBJECTION TO DEFENDANTS' BILL OF COSTS**

    Plaintiff JOEL BURNETT objects to Defendants' Bill of Costs, which Defendants filed with the Court on November 28, 2022 (Dkt. No. 192), but in any event, Mr. Burnett respectfully requests that the Court delay any ruling on the matter until the final disposition of the appeal noticed on November 23, 2022 (Dkt. No. 191).  *See* Local Rule 54.1 ("Costs will not be taxed during the pendency of any appeal, motion for reconsideration, or motion for a new trial").  After the final disposition of the appeal, or at any time the Court directs, Mr. Burnett will file his detailed objection to Defendants' Bill of Costs.

Dated: New York, New York
       December 16, 2022

                                      */s/ Mitchell A. Karlan*
                                      Mitchell A. Karlan
                                      200 Park Avenue
                                      New York, New York 10166
                                      Phone: (212) 351-3827
                                      Fax: (212) 351-5254
                                      *Attorney for Plaintiff*

                                      cc: All counsel of record (via CM/ECF)